| United States Bankruptcy Court<br>**WESTERN DISTRICT OF TEXAS**<br>**AUSTIN DIVISION** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**McCole, Andrew** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**McCole, Melissa Kelly** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**dba Lonestar Hypnosis** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**dba Beachy Bungalow; dba Planet Hypnosis** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-2505** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-7221** |
| Street Address of Debtor (No. and Street, City, and State):<br>**4378 Barchetta Dr**<br>**Round Rock, TX**<br>ZIP CODE **78665** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**4378 Barchetta Dr**<br>**Round Rock, TX**<br>ZIP CODE **78665** |
| County of Residence or of the Principal Place of Business:<br>**Williamson** | County of Residence or of the Principal Place of Business:<br>**Williamson** |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |

| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE |
|---|

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box.)<br><br>☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | **Nature of Business**<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)<br>☑ Chapter 7<br>☐ Chapter 9    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☐ Debts are primarily business debts. |

| **Filing Fee** (Check one box.)<br><br>☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☑ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☑ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☑ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):  **Andrew McCole**<br>**Melissa Kelly McCole** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**    (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td><b>Exhibit A</b><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br><b>X</b>  <u>/s/ Michael Baumer</u>                                       11/4/2015<br>      <b>Michael Baumer</b>                                         Date</td></tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐  Yes, and Exhibit C is attached and made a part of this petition.<br>☑  No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>  ☑  Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.<br><br>If this is a joint petition:<br>  ☑  Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
| ☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐  Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)). |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): **Andrew McCole**<br>**Melissa Kelly McCole** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| **X** /s/ Andrew McCole<br>＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿<br>**Andrew McCole**<br><br>**X** /s/ Melissa Kelly McCole<br>＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿<br>**Melissa Kelly McCole** | **X**＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿<br>(Signature of Foreign Representative)<br><br>＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿<br>(Printed Name of Foreign Representative) |
| ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿<br>Telephone Number (If not represented by attorney)<br><br>**11/4/2015**<br>＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿<br>Date | ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿<br>Date |

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| **X** /s/ Michael Baumer<br>＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿<br>**Michael Baumer**          Bar No. **01931920**<br><br>**Law Office of Michael Baumer<br>7600 Burnet Road, Suite 530<br>Austin, TX 78757<br>baumerlaw@baumerlaw.com**<br><br>Phone No.**(512) 476-8707**＿＿＿Fax No.**(512) 476-8604**<br><br>**11/4/2015**<br>＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿<br>Date<br>*\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.* | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached. |
| | ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.) |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. | ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿<br>Address<br>**X**＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿<br><br>＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿<br>Date |
| **X**＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿<br>Signature of Authorized Individual<br><br>＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿<br>Printed Name of Authorized Individual<br><br>＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿<br>Title of Authorized Individual<br><br>＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿<br>Date | Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.* |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

In re:   **Andrew McCole**                                      Case No. _____

         **Melissa Kelly McCole**                                          (if known)

                   Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below.  If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file.  If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you.  If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D.  If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑  1. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.    *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐  2. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.    *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐  3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.    *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.  Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

In re:  **Andrew McCole**                                    Case No. _____

        **Melissa Kelly McCole**                                                    (if known)

              Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐  4. I am not required to receive a credit counseling briefing because of:     *[Check the applicable statement.]  [Must be accompanied by a motion for determination by the court.]*

    ☐  Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

    ☐  Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Andrew McCole**_____
                    Andrew McCole

Date:   ____**11/4/2015**____

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

In re:  **Andrew McCole**  Case No. _____

  **Melissa Kelly McCole**  (if known)

  Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

In re:   **Andrew McCole**                                    Case No. _____

         **Melissa Kelly McCole**                                          (if known)

               Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐  4. I am not required to receive a credit counseling briefing because of:     *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

　　☐  Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

　　☐  Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

　　☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**


Signature of Debtor:   **/s/ Melissa Kelly McCole**_____
                             Melissa Kelly McCole

Date:        **11/4/2015**_____

In re **Andrew McCole**                              Case No. _____
       **Melissa Kelly McCole**                                  (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| single family residence<br>4378 Barchetta Dr<br>Round Rock, TX 78665<br>Lot 7 Block 3 Teravista Sec 22<br>Williamson County<br>purchased 6/10 for $295,000<br>2015 WCAD appraisal $410,886 | fee simple | W | $355,000.00 | $169,725.00 |
| | | Total: | $355,000.00 | |

(Report also on Summary of Schedules)

In re **Andrew McCole**                          Case No. _____
       **Melissa Kelly McCole**                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | cash | C | $20.00 |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Truwest CU checking | H | $12.00 |
| | | Truwest CU savings | H | $25.00 |
| | | PayPal | H | $13.00 |
| | | University FCU checking | W | $9.00 |
| | | University FCU savings | W | $5.00 |
| | | Paypal | W | $0.00 |
| | | TruWest CU checking | W | $0.00 |
| | | TruWest CU savings | W | $0.00 |
| | | Independent Bank savings 8423 | W | $0.48 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | | Williamson County MUD #11 | C | $150.00 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | sofa | C | $250.00 |
| | | sofa | C | $250.00 |
| | | sofa | C | $250.00 |
| | | sofa | C | $250.00 |
| | | recliner | C | $200.00 |
| | | chairs | C | $100.00 |

In re  **Andrew McCole**          Case No. _____
       **Melissa Kelly McCole**                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | coffee table | C | $50.00 |
| | | end tables | C | $100.00 |
| | | bookcases | C | $200.00 |
| | | lamp | C | $100.00 |
| | | 5 televisions | C | $1,500.00 |
| | | DVRs | C | $200.00 |
| | | DVDs | C | $150.00 |
| | | stereo | C | $50.00 |
| | | stereo cabinet | C | $1,000.00 |
| | | computer | C | $300.00 |
| | | computer | C | $500.00 |
| | | bar | C | $200.00 |
| | | refrigerator | C | $1,000.00 |
| | | kitchenware | C | $1,400.00 |
| | | table and chairs | C | $300.00 |
| | | table and chairs | C | $500.00 |
| | | sterling ware | C | $200.00 |
| | | pictures | C | $200.00 |
| | | ottoman | C | $300.00 |

In re  **Andrew McCole**
       **Melissa Kelly McCole**

Case No. _____
                     (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | display cabinet | C | $400.00 |
| | | fountain | C | $100.00 |
| | | Christmas decorations | C | $500.00 |
| | | bed | W | $200.00 |
| | | dresser | W | $200.00 |
| | | chest | C | $100.00 |
| | | night stands | C | $100.00 |
| | | shelves | C | $75.00 |
| | | shelves | C | $75.00 |
| | | bed | H | $100.00 |
| | | dresser | H | $100.00 |
| | | night stands | H | $100.00 |
| | | coffee table | H | $50.00 |
| | | bed | H | $100.00 |
| | | dresser | H | $100.00 |
| | | chests | H | $200.00 |
| | | toys | C | $400.00 |
| | | desk | C | $100.00 |
| | | chaise | C | $100.00 |

In re **Andrew McCole**  
**Melissa Kelly McCole**

Case No. _____  
(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | linens | C | $100.00 |
| | | vacuums | C | $450.00 |
| | | sewing machine | C | $100.00 |
| | | patio furniture | C | $350.00 |
| | | grill | C | $50.00 |
| | | washer | C | $300.00 |
| | | dryer | C | $300.00 |
| | | refrigerator | C | $100.00 |
| | | tools | C | $300.00 |
| | | lawn mower | C | $50.00 |
| | | desk | C | $100.00 |
| | | chair | C | $50.00 |
| | | file cabinet | C | $50.00 |
| | | wood cabinet | C | $50.00 |
| | | recliners | C | $150.00 |
| | | scale | C | $75.00 |
| | | printer | C | $50.00 |
| | | light/sound machines | C | $200.00 |
| | | audio | C | $75.00 |

In re **Andrew McCole**                              Case No. _____
      **Melissa Kelly McCole**                                      (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | scanner | C | $100.00 |
| | | safe | C | $50.00 |
| | | decor | C | $125.00 |
| | | misc household goods | C | $1,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | books | C | $600.00 |
| | | CDs | C | $200.00 |
| | | DVDs | C | $500.00 |
| | | decor | C | $1,000.00 |
| | | Disney collectables | C | $3,000.00 |
| 6. Wearing apparel. | | misc mens clothing | C | $400.00 |
| | | misc womens clothing | C | $500.00 |
| | | misc boys clothing | C | $100.00 |
| 7. Furs and jewelry. | | misc mens jewelry | H | $300.00 |
| | | misc womens jewelry | W | $400.00 |
| | | womens wedding ring | W | $170.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | fitness equipment | H | $250.00 |
| | | Glock 26 | H | $300.00 |

In re  **Andrew McCole**          Case No. _____
       **Melissa Kelly McCole**                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | camping gear | H | $250.00 |
| | | telescope | H | $125.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Genworth term policy | H | $0.00 |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

In re  **Andrew McCole**                                    Case No. _____
       **Melissa Kelly McCole**                                            (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 6*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

In re  **Andrew McCole**　　　　　　　　　　　　　Case No. _____
　　　**Melissa Kelly McCole**　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 7*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | customer list | H | $0.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2012 Mazda 5 | W | $13,187.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | 2 dogs | W | $0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

In re  **Andrew McCole**                                  Case No. _____
       **Melissa Kelly McCole**                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 8*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed.  Itemize. | | behyp.com; lonestarhypnosis.com; planethypnosis.com | W | $75.00 |
| | | | | |

_____8_____ continuation sheets attached

**Total  >**  | **$38,416.48**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/13)

In re **Andrew McCole**          Case No. _____
        **Melissa Kelly McCole**                     (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☑ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $155,675.*

☐  11 U.S.C. § 522(b)(2)
☑  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| single family residence<br>4378 Barchetta Dr<br>Round Rock, TX 78665<br>Lot 7 Block 3 Teravista Sec 22<br>Williamson County<br>purchased 6/10 for $295,000<br>2015 WCAD appraisal $410,886 | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 | $185,275.00<br>100% of FMV up to the exemption limit | $355,000.00 |
| sofa | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $250.00<br>100% of FMV up to the exemption limit | $250.00 |
| sofa | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $250.00<br>100% of FMV up to the exemption limit | $250.00 |
| sofa | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $250.00<br>100% of FMV up to the exemption limit | $250.00 |
| sofa | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $250.00<br>100% of FMV up to the exemption limit | $250.00 |
| recliner | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $200.00<br>100% of FMV up to | $200.00 |
| *\* Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.* | | **$186,475.00** | **$356,200.00** |

In re **Andrew McCole**            Case No. _____
     **Melissa Kelly McCole**                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| | | the exemption limit | |
| chairs | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 100% of FMV up to the exemption limit | $100.00 |
| coffee table | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 100% of FMV up to the exemption limit | $50.00 |
| end tables | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 100% of FMV up to the exemption limit | $100.00 |
| bookcases | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $200.00 100% of FMV up to the exemption limit | $200.00 |
| lamp | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 100% of FMV up to the exemption limit | $100.00 |
| 5 televisions | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $1,500.00 100% of FMV up to the exemption limit | $1,500.00 |
| DVRs | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $200.00 100% of FMV up to the exemption limit | $200.00 |
| | | **$188,725.00** | **$358,450.00** |

In re **Andrew McCole**                           Case No. _____
      **Melissa Kelly McCole**                                (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| DVDs | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $150.00 100% of FMV up to the exemption limit | $150.00 |
| stereo | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 100% of FMV up to the exemption limit | $50.00 |
| stereo cabinet | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $1,000.00 100% of FMV up to the exemption limit | $1,000.00 |
| computer | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $300.00 100% of FMV up to the exemption limit | $300.00 |
| computer | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $500.00 100% of FMV up to the exemption limit | $500.00 |
| bar | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $200.00 100% of FMV up to the exemption limit | $200.00 |
| refrigerator | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $1,000.00 100% of FMV up to the exemption limit | $1,000.00 |
| kitchenware | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $1,400.00 100% of FMV up to | $1,400.00 |
| | | **$193,325.00** | **$363,050.00** |

In re  **Andrew McCole**                          Case No. _____
     **Melissa Kelly McCole**                                  (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 3*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
|  |  | the exemption limit |  |
| table and chairs | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $300.00 100% of FMV up to the exemption limit | $300.00 |
| table and chairs | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $500.00 100% of FMV up to the exemption limit | $500.00 |
| sterling ware | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $200.00 100% of FMV up to the exemption limit | $200.00 |
| pictures | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $200.00 100% of FMV up to the exemption limit | $200.00 |
| ottoman | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $300.00 100% of FMV up to the exemption limit | $300.00 |
| display cabinet | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $400.00 100% of FMV up to the exemption limit | $400.00 |
| fountain | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 100% of FMV up to the exemption limit | $100.00 |
|  |  | **$195,325.00** | **$365,050.00** |

In re  **Andrew McCole**                              Case No.  _____
       **Melissa Kelly McCole**                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 4*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Christmas decorations | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $500.00 100% of FMV up to the exemption limit | $500.00 |
| bed | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $200.00 100% of FMV up to the exemption limit | $200.00 |
| dresser | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $200.00 100% of FMV up to the exemption limit | $200.00 |
| chest | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 100% of FMV up to the exemption limit | $100.00 |
| night stands | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 100% of FMV up to the exemption limit | $100.00 |
| shelves | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $75.00 100% of FMV up to the exemption limit | $75.00 |
| shelves | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $75.00 100% of FMV up to the exemption limit | $75.00 |
| bed | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 100% of FMV up to | $100.00 |
| | | **$196,675.00** | **$366,400.00** |

In re  **Andrew McCole**                              Case No. _____
       **Melissa Kelly McCole**                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 5*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| | | the exemption limit | |
| dresser | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 100% of FMV up to the exemption limit | $100.00 |
| night stands | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 100% of FMV up to the exemption limit | $100.00 |
| coffee table | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 100% of FMV up to the exemption limit | $50.00 |
| bed | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 100% of FMV up to the exemption limit | $100.00 |
| dresser | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 100% of FMV up to the exemption limit | $100.00 |
| chests | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $200.00 100% of FMV up to the exemption limit | $200.00 |
| toys | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $400.00 100% of FMV up to the exemption limit | $400.00 |
| | | **$197,725.00** | **$367,450.00** |

In re  **Andrew McCole**              Case No. _____
       **Melissa Kelly McCole**                        (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 6*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| desk | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 100% of FMV up to the exemption limit | $100.00 |
| chaise | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 100% of FMV up to the exemption limit | $100.00 |
| linens | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 100% of FMV up to the exemption limit | $100.00 |
| vacuums | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $450.00 100% of FMV up to the exemption limit | $450.00 |
| sewing machine | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 100% of FMV up to the exemption limit | $100.00 |
| patio furniture | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $350.00 100% of FMV up to the exemption limit | $350.00 |
| grill | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 100% of FMV up to the exemption limit | $50.00 |
| washer | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $300.00 100% of FMV up to | $300.00 |
| | | **$199,275.00** | **$369,000.00** |

In re  **Andrew McCole**              Case No. _____
       **Melissa Kelly McCole**                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 7*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| dryer | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | the exemption limit<br>$300.00<br>100% of FMV up to the exemption limit | $300.00 |
| refrigerator | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00<br>100% of FMV up to the exemption limit | $100.00 |
| tools | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $300.00<br>100% of FMV up to the exemption limit | $300.00 |
| lawn mower | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00<br>100% of FMV up to the exemption limit | $50.00 |
| desk | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00<br>100% of FMV up to the exemption limit | $100.00 |
| chair | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00<br>100% of FMV up to the exemption limit | $50.00 |
| file cabinet | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00<br>100% of FMV up to the exemption limit | $50.00 |
| | | **$200,225.00** | **$369,950.00** |

In re **Andrew McCole**          Case No. _____
   **Melissa Kelly McCole**                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 8*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| wood cabinet | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 100% of FMV up to the exemption limit | $50.00 |
| recliners | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $150.00 100% of FMV up to the exemption limit | $150.00 |
| scale | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $75.00 100% of FMV up to the exemption limit | $75.00 |
| printer | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 100% of FMV up to the exemption limit | $50.00 |
| light/sound machines | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $200.00 100% of FMV up to the exemption limit | $200.00 |
| audio | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $75.00 100% of FMV up to the exemption limit | $75.00 |
| scanner | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 100% of FMV up to the exemption limit | $100.00 |
| safe | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 100% of FMV up to | $50.00 |
| | | **$200,975.00** | **$370,700.00** |

In re **Andrew McCole**  Case No. _____
     **Melissa Kelly McCole**                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 9*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| | | the exemption limit | |
| decor | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $125.00 100% of FMV up to the exemption limit | $125.00 |
| misc household goods | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $1,000.00 100% of FMV up to the exemption limit | $1,000.00 |
| books | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $600.00 100% of FMV up to the exemption limit | $600.00 |
| CDs | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $200.00 100% of FMV up to the exemption limit | $200.00 |
| DVDs | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $500.00 100% of FMV up to the exemption limit | $500.00 |
| decor | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $1,000.00 100% of FMV up to the exemption limit | $1,000.00 |
| Disney collectables | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $3,000.00 100% of FMV up to the exemption limit | $3,000.00 |
| | | **$207,400.00** | **$377,125.00** |

In re **Andrew McCole**       Case No. _____
   **Melissa Kelly McCole**          (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 10*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| misc mens clothing | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(5) | $400.00 100% of FMV up to the exemption limit | $400.00 |
| misc womens clothing | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(5) | $500.00 100% of FMV up to the exemption limit | $500.00 |
| misc boys clothing | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(5) | $100.00 100% of FMV up to the exemption limit | $100.00 |
| misc mens jewelry | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $300.00 100% of FMV up to the exemption limit | $300.00 |
| misc womens jewelry | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $400.00 100% of FMV up to the exemption limit | $400.00 |
| womens wedding ring | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $170.00 100% of FMV up to the exemption limit | $170.00 |
| fitness equipment | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(8) | $250.00 100% of FMV up to the exemption limit | $250.00 |
| Glock 26 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(8) | $300.00 100% of FMV up to | $300.00 |
| | | **$209,820.00** | **$379,545.00** |

In re  **Andrew McCole**                          Case No. _____
       **Melissa Kelly McCole**                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 11*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| | | the exemption limit | |
| camping gear | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(8) | $250.00 100% of FMV up to the exemption limit | $250.00 |
| telescope | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(8) | $125.00 100% of FMV up to the exemption limit | $125.00 |
| Genworth term policy | Tex. Ins. Code §§ 1108.001, 1108.051 | $0.00 100% of FMV up to the exemption limit | $0.00 |
| 2012 Mazda 5 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $13,187.00 100% of FMV up to the exemption limit | $13,187.00 |
| 2 dogs | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(11) | $0.00 100% of FMV up to the exemption limit | $0.00 |
| | | **$223,382.00** | **$393,107.00** |

IN RE: **Andrew McCole**              CASE NO
       **Melissa Kelly McCole**

                                      CHAPTER    **7**

## <u>SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)</u>

**Exemption Totals by Category:**
(Values and liens of surrendered property are NOT included in this section)              Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| N/A | Real Property. | $355,000.00 | $169,725.00 | $185,275.00 | $185,275.00 | $0.00 |
| 1. | Cash on hand. | $20.00 | $0.00 | $20.00 | $0.00 | $20.00 |
| 2. | Checking, savings or other financial accounts, CD's or shares in banks... | $64.48 | $0.00 | $64.48 | $0.00 | $64.48 |
| 3. | Security deposits with public utilities, telephone companies, landlords, others. | $150.00 | $0.00 | $150.00 | $0.00 | $150.00 |
| 4. | Household goods and furnishings, including audio, video... | $16,825.00 | $0.00 | $16,825.00 | $16,825.00 | $0.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, records.... | $5,300.00 | $0.00 | $5,300.00 | $5,300.00 | $0.00 |
| 6. | Wearing apparel. | $1,000.00 | $0.00 | $1,000.00 | $1,000.00 | $0.00 |
| 7. | Furs and jewelry. | $870.00 | $0.00 | $870.00 | $870.00 | $0.00 |
| 8. | Firearms and sports, photographic and other hobby equipment. | $925.00 | $0.00 | $925.00 | $925.00 | $0.00 |
| 9. | Interests in insurance policies. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10. | Annuities. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11. | Education IRAs. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12. | Interests in IRA, ERISA, Keogh... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13. | Stock and interests in incorporated... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Interests in partnerships.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15. | Government and corporate bonds... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Accounts receivable. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17. | Alimony, maintenance, support, and property settlement to which the..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18. | Other liquidated debts owed debtor... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Equitable or future interests, life estates, and rights or powers..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Contingent and noncontingent interests in estate of decedent, death benefit.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Other contingent and unliquidated claims of every nature..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Copyright 1996-2015, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

IN RE: **Andrew McCole**
**Melissa Kelly McCole**

CASE NO

CHAPTER    **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)
*Continuation Sheet # 1*

### Exemption Totals by Category:
(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|---|---|---|---|---|---|---|
| 22. | Patents, copyrights, and other intellectual property. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Licenses, franchises, and other.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Customer Lists. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Automobiles, trucks, trailers, vehicles... | $13,187.00 | $0.00 | $13,187.00 | $13,187.00 | $0.00 |
| 26. | Boats, motors and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Aircraft and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Office equipment, furnishings... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29. | Machinery, fixtures used in business. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Inventory. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Animals. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Crops - growing or harvested. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Farming equipment and implements. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | Farm supplies, chemicals, and feed. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Other personal property of any kind. | $75.00 | $0.00 | $75.00 | $0.00 | $75.00 |
| | **TOTALS:** | **$393,416.48** | **$169,725.00** | **$223,691.48** | **$223,382.00** | **$309.48** |

### Surrendered Property:
The following property is to be surrendered by the debtor. Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis. The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|---|---|---|---|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| **TOTALS:** | $0.00 | $0.00 | $0.00 |

### Non-Exempt Property by Item:
The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| (None) | | | | |

*Copyright 1996-2015, LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300 -- All rights reserved.*

IN RE: **Andrew McCole**                                         CASE NO
**Melissa Kelly McCole**

                                                                CHAPTER    **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 2*

**Personal Property**

| | | | | |
|---|---|---|---|---|
| cash | $20.00 | | $20.00 | $20.00 |
| Truwest CU checking | $12.00 | | $12.00 | $12.00 |
| Truwest CU savings | $25.00 | | $25.00 | $25.00 |
| PayPal | $13.00 | | $13.00 | $13.00 |
| University FCU checking | $9.00 | | $9.00 | $9.00 |
| University FCU savings | $5.00 | | $5.00 | $5.00 |
| Independent Bank savings 8423 | $0.48 | | $0.48 | $0.48 |
| Williamson County MUD #11 | $150.00 | | $150.00 | $150.00 |
| behyp.com; lonestarhypnosis.com; planethypnosis.com | $75.00 | | $75.00 | $75.00 |
| **TOTALS:** | **$309.48** | **$0.00** | **$309.48** | **$309.48** |

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | **$393,416.48** |
| B. Gross Property Value of Surrendered Property | **$0.00** |
| C. Total Gross Property Value (A+B) | **$393,416.48** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$169,725.00** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$0.00** |
| F. Total Gross Encumbrances (D+E) | **$169,725.00** |
| G. Total Equity (not including surrendered property)  /  (A-D) | **$223,691.48** |
| H. Total Equity in surrendered items  (B-E) | **$0.00** |
| I.  Total Equity  (C-F) | **$223,691.48** |
| J.  Total Exemptions Claimed | **$223,382.00** |
| K.  Total Non-Exempt Property Remaining  (G-J) | **$309.48** |

*Copyright 1996-2015, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

In re **Andrew McCole**                                       Case No. _____

        **Melissa Kelly McCole**                                         (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **23577** <br><br> **Teravista Community Association** <br> **c/o Goodwin Processing** <br> **PO Box 93447** <br> **Las Vegas, NV 89193** | | J | DATE INCURRED: <br> NATURE OF LIEN: <br> **HOA dues** <br> COLLATERAL: <br> **4378 Barchetta Dr, Round Rock, Tx** <br> REMARKS: <br><br> VALUE: **$0.00** | | | | $626.00 | $626.00 |
| ACCT #: **xxxxxxxxxx8459** <br><br> **Wells Fargo Home Mortgage** <br> **PO Box 660455** <br> **Dallas, TX 75266-0455** | | J | DATE INCURRED: **7/10** <br> NATURE OF LIEN: <br> **Purchase Money** <br> COLLATERAL: <br> **4378 Barchetta Dr, Round Rock, Tx** <br> REMARKS: <br><br> VALUE: **$350,000.00** | | | | $169,439.00 | |
| | | | | | | | | |
| | | | | | | | | |

| | | Subtotal (Total of this Page) > | $170,065.00 | $626.00 |
|---|---|---|---|---|
| | | Total (Use only on last page) > | $170,065.00 | $626.00 |

_____**No**_____continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re **Andrew McCole**
     **Melissa Kelly McCole**

Case No. _____
                             (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

### TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**

Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**No**_____continuation sheets attached

In re **Andrew McCole**
**Melissa Kelly McCole**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**10 CR R Inc**<br>**PO Box 6349**<br>**Orange, CA 92613** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Collection - Moulton Niguel Water**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Alan & Patricia McCole**<br>**4378 Barchetta Dr**<br>**Round Rock, TX 78666** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Personal loans**<br>REMARKS: | | | | **$100,000.00** |
| ACCT #:<br>**Aliso Viejo Community Association**<br>**P.O. Box 51412**<br>**Los Angeles, CA 90051-5712** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**HOA dues**<br>REMARKS: | | | | **$1,392.00** |
| ACCT #: 00053311970<br>**Alliance One**<br>**4850 Street RD, Suite 300**<br>**Trevose, PA 19053** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Collection - Target**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: 3499917620582463<br>**American Express**<br>**PO Box 650448**<br>**Dallas, TX 75265-0448** | | W | DATE INCURRED: **various**<br>CONSIDERATION:<br>**Consumer goods**<br>REMARKS: | | | | **$15,044.00** |
| ACCT #: 349991415328xxx<br>**American Express**<br>**PO Box 981537**<br>**El Paso, TX 79998** | | H | DATE INCURRED: **various**<br>CONSIDERATION:<br>**Consumer goods**<br>REMARKS: | | | | **$13,602.00** |

Subtotal > | **$130,038.00**

___14___ continuation sheets attached

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re **Andrew McCole**          Case No. _____
        **Melissa Kelly McCole**                         (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Aurora Diagnostics**<br>**2651 Warrneville Rd #500**<br>**Downers Grove, IL 60515** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**medical**<br>REMARKS: | | | | **$105.00** |
| ACCT #: **7497-4999-74xx-xxxx**<br>**Bank of America**<br>**PO Box 851001**<br>**Dallas, TX 75285-1001** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Assigned to Cavalry Portfolio**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **5490-3309-9966-1348**<br>**Bank of America**<br>**P.O. Box 15726**<br>**Wilmington, DE 19886-5126** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Assigned to Midland Funding**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xxxx-xxxx-xxxx-6914**<br>**Barclays Bank**<br>**PO Box 8801**<br>**Wilmington, DE 19899-8801** | | W | DATE INCURRED: **various**<br>CONSIDERATION:<br>**Consumer goods**<br>REMARKS: | | | | **$4,735.00** |
| ACCT #: **5147-3570-0043-5930**<br>**Barclays Bank**<br>**PO Box 8801**<br>**Wilmington, DE 19899-8801** | | H | DATE INCURRED: **various**<br>CONSIDERATION:<br>**Assigned to Midland Funding**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **570804120142**<br>**Capital One Bank**<br>**PO Box 60599**<br>**City of Industry, CA 91716-0599** | | H | DATE INCURRED: **various**<br>CONSIDERATION:<br>**Consumer goods**<br>REMARKS: | | | | **$35,691.00** |

Sheet no. ____1____ of ____14____ continuation sheets attached to        **Subtotal >**     **$40,531.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                             **Total >**
         **(Use only on last page of the completed Schedule F.)**
         **(Report also on Summary of Schedules and, if applicable, on the**
           **Statistical Summary of Certain Liabilities and Related Data.)**

In re  **Andrew McCole**                                    Case No. _____
      **Melissa Kelly McCole**                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **1913xxxx**<br>**Cavalry Portfolio Services LLC**<br>**PO Box 27288**<br>**Tempe, AZ 85285-7288** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Collection - Riverwalk Holdings**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **1465xxxxx**<br>**Cavalry Portfolio Services LLC**<br>**PO Box 27288**<br>**Tempe, AZ 85285-7288** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Assignee of Bank of America**<br>REMARKS: | | | | **$1,442.00** |
| ACCT #:  **922216xxxx**<br>**CBNA**<br>**PO Box 769006**<br>**San Antonio, TX 78245** | | H | DATE INCURRED:  **10/06**<br>CONSIDERATION:<br>**Foreclosure deficiency**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **4266-9020-3499-0232**<br>**Chase**<br>**P.O. Box 94014**<br>**Palatine, IL 60094** | | W | DATE INCURRED:  **various**<br>CONSIDERATION:<br>**Consumer goods**<br>REMARKS: | | | | **$5,029.00** |
| ACCT #:  **4266-8413-4340-2515**<br>**Chase**<br>**P.O. Box 94014**<br>**Palatine, IL 60094** | | W | DATE INCURRED:  **various**<br>CONSIDERATION:<br>**Consumer goods**<br>REMARKS: | | | | **$12,193.00** |
| ACCT #:  **4388-5760-3717-2627**<br>**Chase**<br>**P.O. Box 94014**<br>**Palatine, IL 60094** | | W | DATE INCURRED:  **various**<br>CONSIDERATION:<br>**Consumer goods**<br>REMARKS: | | | | **$11,223.00** |

Sheet no. ____**2**____ of ____**14**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**     **$29,887.00**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

In re  **Andrew McCole**              Case No. _____
      **Melissa Kelly McCole**                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **4559-5350-xxxx-xxxx**<br>**Chase Bank**<br>**PO Box 15298**<br>**Wilmington, DE 19850** | | H | DATE INCURRED:  **various**<br>CONSIDERATION:<br>**Assigned to Midland Funding**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **5401-6830-xxxx-xxxx**<br>**Chase Bank**<br>**PO Box 15298**<br>**Wilmington, DE 19850** | | H | DATE INCURRED:  **various**<br>CONSIDERATION:<br>**Consumer goods**<br>REMARKS: | | | | **$6,044.00** |
| ACCT #:  **156306190xxx**<br>**Chase Mortgage**<br>**PO Box 24696**<br>**Columbus, OH 43224** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **5424-1812-0688-5274**<br>**CitiBank**<br>**Processing Center**<br>**Des Moines, IA 50363-0005** | | W | DATE INCURRED:  **various**<br>CONSIDERATION:<br>**Consumer goods**<br>REMARKS: | | | | **$9,793.00** |
| ACCT #:  **xxxx-xxxx-xxxx-7343**<br>**CitiBank**<br>**Processing Center**<br>**Des Moines, IA 50363-0005** | | W | DATE INCURRED:  **various**<br>CONSIDERATION:<br>**Consumer goods**<br>REMARKS: | | | | **$5,827.00** |
| ACCT #:  **500548-922216xxxx**<br>**CitiBank**<br>**Processing Center**<br>**Des Moines, IA 50363-0005** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Assigned to Midland Funding**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____**3**____ of ____**14**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                      **Subtotal >**      **$21,664.00**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re **Andrew McCole**  
**Melissa Kelly McCole**

Case No. _____  
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **5466-1601-8492-9618**<br>**Citibank**<br>**PO Box 6500**<br>**Sioux Falls, SD 57117** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Consumer Goods**<br>REMARKS: | | | | **$15,370.00** |
| ACCT #: **20010253**<br>**Client Services Inc**<br>**PO Box 1503**<br>**St Peters, MO 63376-0027** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Collection - CitiCards**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xxxx-xxxx-xxxx4785**<br>**Comenity Bank/J Crew**<br>**Bankruptcy Dept**<br>**PO Box 182125**<br>**Columbus, OH 43218-2125** | | W | DATE INCURRED: **various**<br>CONSIDERATION:<br>**Consumer goods**<br>REMARKS: | | | | **$4,006.00** |
| ACCT #: **xxxx-xxxx-xxxx-2279**<br>**Comenity Bank/Loft**<br>**Bankruptcy Dept**<br>**PO Box 182125**<br>**Columbus, OH 43218-2125** | | W | DATE INCURRED: **various**<br>CONSIDERATION:<br>**Consumer goods**<br>REMARKS: | | | | **$11,412.00** |
| ACCT #: **xxxxx2669**<br>**Comenity Bank/Victoria's Secret**<br>**Bankruptcy Dept**<br>**PO Box 182125**<br>**Columbus, OH 43218-2125** | | W | DATE INCURRED: **various**<br>CONSIDERATION:<br>**Consumer goods**<br>REMARKS: | | | | **$2,448.00** |
| ACCT #: **0017601029681603**<br>**Cox Communications**<br>**29947 Avenida de las Banderas**<br>**Rancho Santa Margarita, CA 92588** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**utilities**<br>REMARKS: | | | | **$200.00** |

Sheet no. ____4____ of ____14____ continuation sheets attached to  
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$33,436.00**

Total >  
(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Andrew McCole**
**Melissa Kelly McCole**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **2941308**<br>**D&A Services**<br>**1400 E. Touhy Ave #G2**<br>**Des Plaines, IL 60018** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Collection - Barclays**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **20150252**<br>**Degrasse & Rolnick**<br>**1800 Bering Dr #1000**<br>**Houston, TX 77057** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Collection - Am Ex**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx-xxxx-xxxx-8831**<br>**Discover**<br>**PO Box 29033**<br>**Phoenix, AZ 85038-9033** | | W | DATE INCURRED:  **various**<br>CONSIDERATION:<br>**Consumer goods**<br>REMARKS: | | | | **$8,604.00** |
| ACCT #:  **020934**<br>**Dyers Urgent Care**<br>**23961 Calle Magdelena #115**<br>**Laguna Hills, CA 92653** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**medical**<br>REMARKS: | | | | **$120.00** |
| ACCT #:  **7157953339609**<br>**Encore Receivables Management**<br>**PO Box 3330**<br>**Olathe, KS 66063-0061** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Collection - Synchrony Bank/Care Credit**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **F600SEA001084xxxx**<br>**Fidelity Creditor Service**<br>**216 S. Louise St**<br>**Glendale, CA 91205** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Collection - Am Ex**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____**5**____ of ____**14**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$8,724.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re **Andrew McCole**          Case No. _____
          **Melissa Kelly McCole**                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx4798**<br>**Financial Recovery Services**<br>**PO Box 385908**<br>**Minneapolis, MN 55438-59.8** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Collection - Cavalry Portfolio**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **7682003000202196**<br>**First Equity Card**<br>**PO Box 640**<br>**Hopkins, MN 55343** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Assigned to Pinnacle Credit Services**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **075910730**<br>**First National Collection Bureau**<br>**610 Waltham Way**<br>**Sparks, NV 89434** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Pinnacle Credit Services**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **0741615106010852**<br>**GC Services**<br>**6330 Gulfton**<br>**Houston, Texas 77081** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Collection - CitiCards**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **31500904**<br>**Global Credit & Collection**<br>**PO Box 101928**<br>**Birmingham, AL 35210** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Collection - Citibank**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **6035-3202-5935-6689**<br>**Home Depot**<br>**PO Box 6405**<br>**Sioux Falls, SD 57117** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Consumer Goods**<br>REMARKS: | | | | **$4,026.00** |

Sheet no. ____**6**____ of ____**14**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$4,026.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re   **Andrew McCole**                                           Case No. _____
        **Melissa Kelly McCole**                                                     (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **12026**<br>**Hutto Veterinary Clinic**<br>**665 West Front St**<br>**Hutto, TX 78634** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**veterinary services**<br>REMARKS: | | | | **$873.00** |
| ACCT #:<br>**Jody D. Jenkins**<br>**PO Box 420**<br>**Lubbock, TX 79408-0420** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney for - Riverwalk Holdings**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **068-9704-310**<br>**Kohl's**<br>**P.O. Box 2983**<br>**Milwaukee, WI 53201-2983** | | W | DATE INCURRED:  **various**<br>CONSIDERATION:<br>**Consumer goods**<br>REMARKS: | | | | **$1,820.00** |
| ACCT #:  **F600SEA001084xxxx**<br>**Laguna Village Owners Assoc**<br>**23300 Santa Vittoria Dr**<br>**Laguna Woods, CA 92653** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**HOA**<br>REMARKS: | | | | **$15,538.00** |
| ACCT #:<br>**Law Office of Michael Baumer**<br>**7600 Burnet Road, Suite 530**<br>**Austin, TX 78757** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | **$1,400.00** |
| ACCT #:  **7703493**<br>**Merchants & Medical Credit Corp**<br>**6324 Taylor Dr**<br>**Flint, MI 48507-4685** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Collection - Kohls**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____7____ of ____14____ continuation sheets attached to                           **Subtotal >**     **$19,631.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                   **Total >**
                                                    **(Use only on last page of the completed Schedule F.)**
                                              **(Report also on Summary of Schedules and, if applicable, on the**
                                                **Statistical Summary of Certain Liabilities and Related Data.)**

In re **Andrew McCole**          Case No. _____
     **Melissa Kelly McCole**              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Merchants & Professional Credit<br>PO Box 140675<br>Austin, Texas 78714** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Collection - Vitalogy Skincare**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **853528xxxx**<br>**Midland Funding<br>PO Box 460568<br>Houston, TX 77056** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Assignee of Synchrony Bank**<br>REMARKS: | | | | **$7,563.00** |
| ACCT #:  **854975xxx**<br>**Midland Funding<br>PO Box 460568<br>Houston, TX 77056** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Assignee of Chase**<br>REMARKS: | | | | **$18,164.00** |
| ACCT #:  **8556903733**<br>**Midland Funding<br>PO Box 460568<br>Houston, TX 77056** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Assignee of Barclays Bank**<br>REMARKS: | | | | **$13,783.00** |
| ACCT #:  **8537348112**<br>**Midland Funding<br>PO Box 460568<br>Houston, TX 77056** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Assignee of Bank of America**<br>REMARKS: | | | | **$20,231.00** |
| ACCT #:  **853874xxxx**<br>**Midland Funding<br>PO Box 460568<br>Houston, TX 77056** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Assignee of Citibank**<br>REMARKS: | | | | **$4,657.00** |

Sheet no. ____**8**____ of ____**14**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**          **$64,398.00**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

In re  **Andrew McCole**                Case No. _____
      **Melissa Kelly McCole**                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **8538381946**<br>**Midland Funding**<br>**8875 Aero Dr, Suite 200**<br>**San Diego, CA 92123-2255** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Assignee of Target**<br>REMARKS: | | | | $18,618.00 |
| ACCT #: **517xxxx**<br>**Moulton Niguel Water District**<br>**PO Box 1269**<br>**Columbus, OH 43216** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**water**<br>REMARKS: | | | | $122.00 |
| ACCT #: **LU4.2312710**<br>**MRS Associates**<br>**1930 Olney Ave**<br>**Cherry Hill, NJ 08003** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Collection - Chase**<br>REMARKS: | | | | Notice Only |
| ACCT #: **xxxx-xxxx-xxxx-6914**<br>**Northstar Location Services Inc**<br>**4285 Genesee St**<br>**Cheektowaga, NY 14225-1943** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Collection - Barclays**<br>REMARKS: | | | | Notice Only |
| ACCT #: **A3483xxx**<br>**Optimum Outcomes**<br>**2651 Warrenville Rd #500**<br>**Downers Grove, IL 60515** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Collection - Aurora Diagnostics**<br>REMARKS: | | | | Notice Only |
| ACCT #: **91802900xxxx**<br>**Orange County CU**<br>**1701 E. St Andrews**<br>**Santa Ana, CA 92705** | | H | DATE INCURRED: **various**<br>CONSIDERATION:<br>**Consumer goods**<br>REMARKS: | | | | $14,205.00 |

Sheet no. ___**9**___ of ___**14**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$32,945.00**

Total > 
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re  **Andrew McCole**                  Case No. _____
        **Melissa Kelly McCole**                           (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **934-241-3400** <br> **Orange County Tax Collector** <br> **PO Box 1438** <br> **Santa Ana, CA 92702-1438** | | J | DATE INCURRED: <br> CONSIDERATION: <br> **Property taxes** <br> REMARKS: | | | | $6,812.00 |
| ACCT #: **937-897-39** <br> **Orange County Tax Collector** <br> **PO Box 1438** <br> **Santa Ana, CA 92702-1438** | | J | DATE INCURRED: <br> CONSIDERATION: <br> **Property taxes** <br> REMARKS: | | | | $5,000.00 |
| ACCT #: **MZ1xxxxx** <br> **Pinnacle Credit Services** <br> **PO Box 640** <br> **Hopkins, MN 55343** | | H | DATE INCURRED: <br> CONSIDERATION: <br> **Assignee of First Equity Card** <br> REMARKS: | | | | $4,033.00 |
| ACCT #: **OI10xxxx** <br> **Pinnacle Credit Services** <br> **PO Box 640** <br> **Hopkins, MN 55343** | | H | DATE INCURRED: <br> CONSIDERATION: <br> **Collection - Verizon** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **Richard Tye** <br> **3588 Windsor Dr** <br> **Huntington Beach, CA 92649** | | W | DATE INCURRED: **various** <br> CONSIDERATION: <br> **Personal loans** <br> REMARKS: | | | | $37,000.00 |
| ACCT #: **4037-8400-1684-1270** <br> **Riverwalk Holdings, LTD** <br> **8875 Aero Drive, Ste 200** <br> **San Diego, CA 92123** | | H | DATE INCURRED: <br> CONSIDERATION: <br> **Assignee of US Bank** <br> REMARKS: | | | | $21,641.00 |

Sheet no. _____**10**_____ of _____**14**_____ continuation sheets attached to              **Subtotal >**          **$74,486.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                        **Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re **Andrew McCole**        Case No. _____
       **Melissa Kelly McCole**                     (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**San Simeon Housing Association**<br>**Tract 15167**<br>**1 Polaris Way Ste 100**<br>**Aliso Viejo, CA 92656-5356** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**HOA**<br>REMARKS: | | | | **$3,542.00** |
| ACCT #: **3409723489**<br>**Scott & White Healthcare**<br>**PO Box 844315**<br>**Dallas, TX 75284-4315** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**medical**<br>REMARKS: | | | | **$20,181.00** |
| ACCT #: **5121-0720-4899-3499**<br>**Sears**<br>**PO Box 688957**<br>**Des Moines, IA 50368-8957** | | W | DATE INCURRED: **various**<br>CONSIDERATION:<br>**Consumer Goods**<br>REMARKS: | | | | **$4,639.00** |
| ACCT #: **0204970495**<br>**SoCal Gas**<br>**Centalized Correspondence**<br>**PO Box 3150**<br>**San Dimas, CA 91773** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**utilities**<br>REMARKS: | | | | **$40.00** |
| ACCT #: **28135xxxx**<br>**Southern Cal Edison**<br>**2131 Walnut Grove Ave**<br>**Rosemead, CA 91770** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**utilities**<br>REMARKS: | | | | **$452.00** |
| ACCT #: **113xxxx**<br>**Southwest Collection**<br>**1111 E. Katella Ave #2**<br>**Orange, CA 92867** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Collection - Aurora Diagnostics**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____**11**____ of ____**14**____ continuation sheets attached to             **Subtotal >**       **$28,854.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                       **Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re **Andrew McCole**    Case No. _____
      **Melissa Kelly McCole**              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Stellar Recovery**<br>**4500 Salisbury Rd #10**<br>**Jacksonville, FL 32216** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Collection - US Bank**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **5218-5310-0695-xxxx**<br>**Synchrony Bank**<br>**PO Box 965005**<br>**Orlando, FL 32896** | | H | DATE INCURRED:  **various**<br>CONSIDERATION:<br>**Assigned to Midland Funding**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **6019-1832-8602-6927**<br>**Synchrony Bank/Care Credit**<br>**PO Box 960061**<br>**Orlando, FL 32896-0061** | | W | DATE INCURRED:  **various**<br>CONSIDERATION:<br>**Consumer goods**<br>REMARKS: | | | | **$2,836.00** |
| ACCT #:  **xxxx-xxxx-xxxx-3051**<br>**Target**<br>**P.O. Box 660170**<br>**Dallas, TX 75266** | | W | DATE INCURRED:  **varioua**<br>CONSIDERATION:<br>**Consumer goods**<br>REMARKS: | | | | **$568.00** |
| ACCT #:  **4352-3717-3656-8222**<br>**Target National Bank**<br>**PO Box 673**<br>**Minneapolis, MN 55440** | | H | DATE INCURRED:  **various**<br>CONSIDERATION:<br>**Assigned to Midland Funding**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Tek-Collect**<br>**871 Park St**<br>**Columbus, OH 43215** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Collection - Dyers Urgent Care**<br>REMARKS: | | | | **Notice Only** |

Sheet no. _____**12**_____ of _____**14**_____ continuation sheets attached to            **Subtotal >**    **$3,404.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re  **Andrew McCole**                                    Case No. _____
     **Melissa Kelly McCole**                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  24811198<br>**Tx Tag Customer Service Center**<br>**12719 Burnet Rd.**<br>**Austin, TX 78727** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Tolls**<br>REMARKS: | | | | **$335.00** |
| ACCT #:  35595008<br>**United Recovery Systems LP**<br>**PO Box 722929**<br>**Houston, TX 77272-2929** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Collection - Chase**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  xxxx-xxxx-xxxx-8360<br>**US Bank**<br>**PO Box 790084**<br>**St Louis, MO 63179-0084** | | W | DATE INCURRED:  **various**<br>CONSIDERATION:<br>**Consumer goods**<br>REMARKS: | | | | **$11,572.00** |
| ACCT #:  4761-5385-xxxx-xxxx<br>**US Bank**<br>**101 5th St E #A**<br>**St Paul, MN 55101** | | H | DATE INCURRED:  **various**<br>CONSIDERATION:<br>**Consumer goods**<br>REMARKS: | | | | **$12,007.00** |
| ACCT #:  46230285xxxxx<br>**US Bank**<br>**101 5th St E. #A**<br>**St Paul, MN 55101** | | H | DATE INCURRED:  **various**<br>CONSIDERATION:<br>**Consumer goods**<br>REMARKS: | | | | **$17,997.00** |
| ACCT #:  40378400xxxx<br>**US Bank**<br>**101 5th St E #A**<br>**St Paul, MN 55101** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Consumer goods**<br>REMARKS: | | | | **$14,440.00** |

Sheet no. ___**13**___ of ___**14**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$56,351.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re **Andrew McCole**   Case No. _____
    **Melissa Kelly McCole**          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **17310355xxxx**<br>**US Bank**<br>**PO Box 790084**<br>**St Louis, MO 63179** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Consumer goods**<br>REMARKS: | | | | $1,952.00 |
| ACCT #: **1913xxxx**<br>**US Bank**<br>**500 Summit Lake Dr., Ste 400**<br>**Valhalla, NY 10595** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Assigned to Riverwalk Holdings**<br>REMARKS: | | | | $0.00 |
| ACCT #: **4093548**<br>**Van Ru Credit Corporation**<br>**1350 E Touhy Ave, Ste 100E**<br>**Des Plaines, IL 60018-3307** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Collection - Discover**<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>**Verizon**<br>**PO Box 920041**<br>**Dallas, TX 75392-0041** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Cellular service**<br>REMARKS: | | | | $570.00 |
| ACCT #:<br>**Vitalogy Skincare**<br>**PO Box 140675**<br>**Austin, TX 78714** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**medical**<br>REMARKS: | | | | $60.00 |
| ACCT #: **20985596**<br>**Weltman, Weinberg & Reis Co, LPA**<br>**PO Box 6719**<br>**Cleveland, OH 44101-1719** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Collection - Comenity Bank**<br>REMARKS: | | | | Notice Only |

Sheet no. ___14___ of ___14___ continuation sheets attached to          **Subtotal >**   $2,582.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                  **Total >**   $550,957.00
                    **(Use only on last page of the completed Schedule F.)**
                    **(Report also on Summary of Schedules and, if applicable, on the**
                    **Statistical Summary of Certain Liabilities and Related Data.)**

In re **Andrew McCole**               Case No. _____
      **Melissa Kelly McCole**                                                  (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

In re  **Andrew McCole**
      **Melissa Kelly McCole**

Case No. _____
                       (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

| Debtor 1 | **Andrew** | | **McCole** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Melissa** | **Kelly** | **McCole** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form B 6I

## Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|---|
| **Employment status** | | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☑ Not employed |
| **Occupation** | | **Hypnotist** | |
| **Employer's name** | | **self dba Lonestar Hypnosis** | |
| **Employer's address** | | **4375 Barchetta Dr** | |
| | | Number  Street | Number  Street |
| | | **Round Rock**    **TX**   **78665** | |
| | | City          State  Zip Code | City          State  Zip Code |
| **How long employed there?** | | **1985** | |

### Part 2:  Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.  $0.00 | $0.00 |
| **3.** | Estimate and list monthly overtime pay. | 3. + $0.00 | $0.00 |
| **4.** | Calculate gross income.  Add line 2 + line 3. | 4.  $0.00 | $0.00 |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here ............................................................ → 4. | $0.00 | $0.00 |
| **5.** | **List all payroll deductions:** | | |
| 5a. | Tax, Medicare, and Social Security deductions   5a. | $0.00 | $0.00 |
| 5b. | Mandatory contributions for retirement plans   5b. | $0.00 | $0.00 |
| 5c. | Voluntary contributions for retirement plans   5c. | $0.00 | $0.00 |
| 5d. | Required repayments of retirement fund loans   5d. | $0.00 | $0.00 |
| 5e. | Insurance   5e. | $0.00 | $0.00 |
| 5f. | Domestic support obligations   5f. | $0.00 | $0.00 |
| 5g. | Union dues   5g. | $0.00 | $0.00 |
| 5h. | Other deductions. Specify:   5h.+ | $0.00 | $0.00 |
| **6.** | **Add the payroll deductions.**   Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.   6. | $0.00 | $0.00 |
| **7.** | **Calculate total monthly take-home pay.**   Subtract line 6 from line 4.   7. | $0.00 | $0.00 |
| **8.** | **List all other income regularly received:** | | |
| 8a. | Net income from rental property and from operating a business, profession, or farm   8a. | $1,693.05 | $0.00 |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | |
| 8b. | Interest and dividends   8b. | $0.00 | $0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive   8c. | $0.00 | $0.00 |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | |
| 8d. | Unemployment compensation   8d. | $0.00 | $0.00 |
| 8e. | Social Security   8e. | $0.00 | $0.00 |
| 8f. | Other government assistance that you regularly receive | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | |
| | Specify:   8f. | $0.00 | $0.00 |
| 8g. | Pension or retirement income   8g. | $0.00 | $0.00 |
| 8h. | Other monthly income. Specify: **See continuation sheet**   8h.+ | $0.00 | $1,520.00 |
| **9.** | **Add all other income.**   Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.   9. | $1,693.05 | $1,520.00 |
| **10.** | **Calculate monthly income.**   Add line 7 + line 9.   10. | $1,693.05 + | $1,520.00 =   $3,213.05 |
| | Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | | |

**11. State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____   11. +    $0.00

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies.   12.   $3,213.05

**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain:   **None.**

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| **8h. Other Monthly Income (details)** | | |
| **ebay sales** | **$0.00** | **$520.00** |
| **father contributions** | **$0.00** | **$1,000.00** |
| Totals: | **$0.00** | **$1,520.00** |

8a.  Attached Statement (Debtor 1)

### Debtor self employment

**Gross Monthly Income:**                                                 **$1,800.00**

| Expense | Category | Amount |
|---|---|---|
| phone | | **$60.00** |
| bank fees | | **$17.00** |
| office supplies | | **$20.00** |
| yahoo | | **$9.95** |

**Total Monthly Expenses**                                       **$106.95**

**Net Monthly Income:**                                          **$1,693.05**

**Fill in this information to identify your case:**

Debtor 1  __Andrew__ __McCole__
First Name    Middle Name    Last Name

Debtor 2  __Melissa__ __Kelly__ __McCole__
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  __WESTERN DISTRICT OF TEXAS__

Case number _____
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
chapter 13 expenses as of the
following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because
Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying
correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your
name and case number (if known). Answer every question.

## Part 1:  Describe Your Household

1.  **Is this a joint case?**

☐ No. Go to line 2.

☑ Yes. **Does Debtor 2 live in a separate household?**

☐ No

☑ Yes. Debtor 2 must file a separate Schedule J.

2.  **Do you have dependents?**

Do not list Debtor 1 and
Debtor 2.

Do not state the
dependents' names.

☐ No

☑ Yes. Fill out this information
for each dependent....................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| __son__ | __3__ | ☐ No  ☑ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3.  **Do your expenses include
expenses of people other than
yourself and your dependents?**

☑ No
☐ Yes

## Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case
to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of
the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of
such assistance and have included it on Schedule I: Your Income (Official Form B 6I.)

**Your expenses**

4.  **The rental or home ownership expenses for your residence.**
Include first mortgage payments and any rent for the ground or lot.

4.  _____

**If not included in line 4:**

4a.  Real estate taxes

4a.  _____

4b.  Property, homeowner's, or renter's insurance

4b.  _____

4c.  Home maintenance, repair, and upkeep expenses

4c.  _____

4d.  Homeowner's association or condominium dues

4d.  _____

**Your expenses**

| | | |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. _____ |
| 6. | **Utilities:** | |
| | 6a.  Electricity, heat, natural gas | 6a. _____ |
| | 6b.  Water, sewer, garbage collection | 6b. _____ |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. _____ **$120.00** |
| | 6d.  Other.  Specify: _____ | 6d. _____ |
| 7. | **Food and housekeeping supplies** | 7. _____ **$250.00** |
| 8. | **Childcare and children's education costs** | 8. _____ |
| 9. | **Clothing, laundry, and dry cleaning** | 9. _____ |
| 10. | **Personal care products and services** | 10. _____ **$20.00** |
| 11. | **Medical and dental expenses** | 11. _____ **$30.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare.  Do not include car payments. | 12. _____ **$50.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. _____ **$20.00** |
| 14. | **Charitable contributions and religious donations** | 14. _____ |
| 15. | **Insurance.** | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a.  Life insurance | 15a. _____ **$113.00** |
| | 15b.  Health insurance | 15b. _____ |
| | 15c.  Vehicle insurance | 15c. _____ |
| | 15d.  Other insurance.  Specify: _____ | 15d. _____ |
| 16. | **Taxes.**    Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. _____ |
| 17. | **Installment or lease payments:** | |
| | 17a.  Car payments for Vehicle 1 | 17a. _____ |
| | 17b.  Car payments for Vehicle 2 | 17b. _____ |
| | 17c.  Other.  Specify: _____ | 17c. _____ |
| | 17d.  Other.  Specify: _____ | 17d. _____ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I).** | 18. _____ |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. _____ |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | |
| | 20a.  Mortgages on other property | 20a. _____ |
| | 20b.  Real estate taxes | 20b. _____ |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. _____ |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. _____ |
| | 20e.  Homeowner's association or condominium dues | 20e. _____ |

**21. Other.**  Specify:  **pet expense**                                          21.  **+**_____ **$30.00**

**22. Your monthly expenses.**  Add lines 4 through 21.
      The result is your monthly expenses.                            22.  _____ **$633.00**

**23. Calculate your monthly net income.**

   23a.  Copy line 12 (your combined monthly income) from Schedule I.      23a.  _____ **$3,213.05**

   23b.  Copy your monthly expenses from line 22 above.                    23b.  **−** _____ **$4,283.12**

   23c.  Subtract your monthly expenses from your monthly income.
         The result is your monthly net income.                           23c.  _____ **($1,070.07)**

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

   For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage
   payment to increase or decrease because of a modification to the terms of your mortgage?

   ☑ No.
   ☐ Yes.  | Explain here:
           | **None.**

| | | |
|---|---|---|
| Debtor 1 | **Andrew** | **McCole** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Melissa** | **Kelly** | **McCole** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☑ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Your Household

1.  **Is this a joint case?**

☐ No. Go to line 2.
☑ Yes. **Does Debtor 2 live in a separate household?**
    ☐ No
    ☑ Yes. Debtor 2 must file a separate Schedule J.

2.  **Do you have dependents?**    ☐ No
    Do not list Debtor 1 and Debtor 2.    ☑ Yes. Fill out this information for each dependent.................
    Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **son** | **3** | ☐ No ☑ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3.  **Do you include expenses of people other than yourself and your dependents?**    ☑ No  ☐ Yes

## Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form B 6I.)

**Your expenses**

4.  **The rental or home ownership expenses for your residence.**    4.    **$993.12**
    Include first mortgage payments and any rent for the ground or lot.

    If not included in line 4:

    4a.  Real estate taxes    4a.    **$825.00**

    4b.  Property, homeowner's, or renter's insurance    4b.

    4c.  Home maintenance, repair, and upkeep expenses    4c.    **$100.00**

    4d.  Homeowner's association or condominium dues    4d.    **$54.00**

**Your expenses**

| | | |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. _____ |
| 6. | **Utilities:** | |
| | 6a.  Electricity, heat, natural gas | 6a. _____ **$250.00** |
| | 6b.  Water, sewer, garbage collection | 6b. _____ **$100.00** |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. _____ **$280.00** |
| | 6d.  Other.  Specify: _____ | 6d. _____ |
| 7. | **Food and housekeeping supplies** | 7. _____ **$450.00** |
| 8. | **Childcare and children's education costs** | 8. _____ |
| 9. | **Clothing, laundry, and dry cleaning** | 9. _____ **$100.00** |
| 10. | **Personal care products and services** | 10. _____ **$75.00** |
| 11. | **Medical and dental expenses** | 11. _____ **$50.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare.  Do not include car payments. | 12. _____ **$150.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. _____ **$50.00** |
| 14. | **Charitable contributions and religious donations** | 14. _____ |
| 15. | **Insurance.** | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a.  Life insurance | 15a. _____ **$68.00** |
| | 15b.  Health insurance | 15b. _____ |
| | 15c.  Vehicle insurance | 15c. _____ **$105.00** |
| | 15d.  Other insurance.  Specify: _____ | 15d. _____ |
| 16. | **Taxes.**  Do not include taxes deducted from your pay or included in lines 4 or 20.  Specify: _____ | 16. _____ |
| 17. | **Installment or lease payments:** | |
| | 17a.  Car payments for Vehicle 1 | 17a. _____ |
| | 17b.  Car payments for Vehicle 2 | 17b. _____ |
| | 17c.  Other.  Specify: _____ | 17c. _____ |
| | 17d.  Other.  Specify: _____ | 17d. _____ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I).** | 18. _____ |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. _____ |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | |
| | 20a.  Mortgages on other property | 20a. _____ |
| | 20b.  Real estate taxes | 20b. _____ |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. _____ |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. _____ |
| | 20e.  Homeowner's association or condominium dues | 20e. _____ |

**21. Other.** Specify: _____    21.   **+**_____

**22. Your monthly expenses.** Add lines 4 through 21.      22.   |         **$3,650.12** |
The result is your monthly expenses.

**23. Calculate your monthly net income.**

23a. Copy line 12 (your combined monthly income) from Schedule I.    23a. _____

23b. Copy your monthly expenses from line 22 above.    23b. **—**_____

23c. Subtract your monthly expenses from your monthly income.    23c. | _____ |
The result is your monthly net income.

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage
payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes. | Explain here:
**None.**

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

In re **Andrew McCole**
     **Melissa Kelly McCole**

Case No.

Chapter     **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $355,000.00 | | |
| B - Personal Property | Yes | 9 | $38,416.48 | | |
| C - Property Claimed as Exempt | Yes | 12 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $170,065.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | $550,957.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 4 | | | $3,213.05 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 6 | | | $4,283.12 |
| TOTAL | | 51 | $393,416.48 | $721,022.00 | |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

In re  **Andrew McCole**                                    Case No.
**Melissa Kelly McCole**

Chapter      **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| **TOTAL** | **$0.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | **$3,213.05** |
| Average Expenses (from Schedule J, Line 22) | **$4,283.12** |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14) | **$3,384.64** |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | **$626.00** |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | **$0.00** | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | **$0.00** |
| 4.  Total from Schedule F | | **$550,957.00** |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **$551,583.00** |

In re **Andrew McCole**                                          Case No. _____
   **Melissa Kelly McCole**                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**53**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **11/4/2015** _____          Signature **/s/ Andrew McCole** _____
                                                          *Andrew McCole*

Date **11/4/2015** _____          Signature **/s/ Melissa Kelly McCole** _____
                                                          *Melissa Kelly McCole*
                                                          [If joint case, both spouses must sign.]

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

In re:  **Andrew McCole**                                    Case No. _____

**Melissa Kelly McCole**                                                (if known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the TWO YEARS immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $12,242.00 | 2015 debtor self employment gross |
| $16,908.00 | 2014 debtor self employment gross |
| $15,706.00 | 2013 debtor self employment gross |

### 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the TWO YEARS immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $4,118.00 | 2015 joint debtor ebay sales |
| $3,514.00 | 2014 joint debtor ebay sales |

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☐

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 DAYS immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Wells Fargo Home Mortgage | $993/mo | $2,979.00 | $169,439.00 |

None ☑

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 DAYS immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ☑

c. All debtors: List all payments made within ONE YEAR immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

In re: **Andrew McCole**                                        Case No. _____
       **Melissa Kelly McCole**                                              (if known)

**STATEMENT OF FINANCIAL AFFAIRS**
*Continuation Sheet No. 1*

---

None  **4. Suits and administrative proceedings, executions, garnishments and attachments**
☐
a.  List all suits and administrative proceedings to which the debtor is or was a party within ONE YEAR immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **McCole v. McCole** 15-006-F425 | divorce/SAPCR | **425th Dist Ct Williamson County, TX** | pending |
| **Riverwalk Holdings, Ltd v. McCole** 12-0806-C368 | breach of contract | **368th Dist Ct Williamson County, TX** | pending |
| **American Express Bank v. McCole** 15-0597-CC4 | collection | **CCL #4 Williamson County** | judgment |

---

None  b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within ONE YEAR immediately
☑  preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None  **5. Repossessions, foreclosures and returns**
☑
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None  **6. Assignments and receiverships**
☑
a.  Describe any assignment of property for the benefit of creditors made within 120 DAYS immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None  b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within ONE YEAR immediately preceding the
☑  commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None  **7. Gifts**
☑
List all gifts or charitable contributions made within ONE YEAR immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None  **8. Losses**
☑
List all losses from fire, theft, other casualty or gambling within ONE YEAR immediately preceding the commencement of this case OR SINCE THE COMMENCEMENT OF THIS CASE.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

In re: **Andrew McCole**
**Melissa Kelly McCole**

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within ONE YEAR immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Office of Michael Baumer**<br>**7600 Burnet Rd., Ste 530**<br>**Austin, TX 78757** | **9/15** | **$1625** |
| **GreenPath Credit Counseling** | **9/15** | **$40 (online)** |

---

**10. Other transfers**

None ☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within TWO YEARS immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b. List all property transferred by the debtor within TEN YEARS immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within ONE YEAR immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Independent Bank** | **checking 2862** | **6/15**<br>**$-66.23** |
| **Truwest CU** | **checking/savings** | **7/15**<br>**$31.32** |
| **Paypal** | | **9/15**<br>**$0** |

---

**12. Safe deposit boxes**

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

In re: **Andrew McCole**
**Melissa Kelly McCole**

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

### 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 DAYS preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 14. Property held for another person

None ☑

List all property owned by another person that the debtor holds or controls.

---

### 15. Prior address of debtor

None ☑

If the debtor has moved within THREE YEARS immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

---

### 16. Spouses and Former Spouses

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within EIGHT YEARS immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

In re: **Andrew McCole**
      **Melissa Kelly McCole**

Case No. _____

                      (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

**18. Nature, location and name of business**

None
☐

a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within SIX YEARS immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) / COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| **dba Lonestar Hypnosis**<br>**4378 Barchetta Dr**<br>**Round Rock, TX 78665** | **hypnosis counseling** | **1985 - present** |
| **dba Beachy Bungalow**<br>**4378 Barchetta Dr**<br>**Round Rock, TX 78665** | **etsy sales** | **9/15 - present** |
| **dba Planet Hypnosis**<br>**4378 Barchetta Dr**<br>**Round Rock, TX 78665** | **therapist** | **7/11 - present** |

---

None
☑

b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within SIX YEARS immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement ONLY if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

**19. Books, records and financial statements**

None
☑

a.  List all bookkeepers and accountants who within TWO YEARS immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

---

None
☑

b.  List all firms or individuals who within TWO YEARS immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None
☑

c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

In re:  **Andrew McCole**
**Melissa Kelly McCole**

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

None
☑ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within TWO YEARS immediately preceding the commencement of this case.

---

## 20. Inventories

None
☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None
☑ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

## 21. Current Partners, Officers, Directors and Shareholders

None
☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None
☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

## 22. Former partners, officers, directors and shareholders

None
☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within ONE YEAR immediately preceding the commencement of this case.

---

None
☑ b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within ONE YEAR immediately preceding the commencement of this case.

---

## 23. Withdrawals from a partnership or distributions by a corporation

None
☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during ONE YEAR immediately preceding the commencement of this case.

---

## 24. Tax Consolidation Group

None
☑ If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within SIX YEARS immediately preceding the commencement of the case.

---

## 25. Pension Funds

None
☑ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within SIX YEARS immediately preceding the commencement of the case.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

In re:  **Andrew McCole**
**Melissa Kelly McCole**

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **11/4/2015**_____

Signature _____ **/s/ Andrew McCole**_____
of Debtor   *Andrew McCole*

Date  **11/4/2015**_____

Signature _____ **/s/ Melissa Kelly McCole**_____
of Joint Debtor   *Melissa Kelly McCole*
(if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:  **Andrew McCole**
         **Melissa Kelly McCole**

CASE NO

CHAPTER   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No.   1

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Teravista Community Association<br>c/o Goodwin Processing<br>PO Box 93447<br>Las Vegas, NV 89193<br>23577 | 4378 Barchetta Dr, Round Rock, Tx |

Property will be (check one):
- [ ] Surrendered     [x] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [ ] Reaffirm the debt
- [x] Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):
  Debtor will continue making payments to creditor without reaffirming.

Property is (check one):
- [ ] Claimed as exempt     [ ] Not claimed as exempt

---

Property No.   2

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Wells Fargo Home Mortgage<br>PO Box 660455<br>Dallas, TX 75266-0455<br>xxxxxxxxxx8459 | 4378 Barchetta Dr, Round Rock, Tx |

Property will be (check one):
- [ ] Surrendered     [x] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [x] Reaffirm the debt
- [ ] Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- [ ] Claimed as exempt     [ ] Not claimed as exempt

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:   **Andrew McCole**                                         CASE NO
         **Melissa Kelly McCole**

                                                                  CHAPTER   **7**

**CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION**

*Continuation Sheet No. 1*

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No.   1 | | |
|---|---|---|
| **Lessor's Name:**<br>None | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☐          NO ☐ |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:    **Andrew McCole**                                        CASE NO
          **Melissa Kelly McCole**
                                                                  CHAPTER    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 2*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**


Date  **11/4/2015**                              Signature  **/s/ Andrew McCole**
                                                            *Andrew McCole*


Date  **11/4/2015**                              Signature  **/s/ Melissa Kelly McCole**
                                                            *Melissa Kelly McCole*

B 201B (Form 201B) (12/09)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

In re  **Andrew McCole**
        **Melissa Kelly McCole**

Case No. _____

Chapter _____ **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| Andrew McCole | X  /s/ Andrew McCole | 11/4/2015 |
|---|---|---|
| Melissa Kelly McCole | Signature of Debtor | Date |
| Printed Name(s) of Debtor(s) | X  /s/ Melissa Kelly McCole | 11/4/2015 |
| Case No. (if known) _____ | Signature of Joint Debtor (if any) | Date |

### Certificate of Compliance with § 342(b) of the Bankruptcy Code

I, _____ **Michael Baumer** _____, counsel for Debtor(s), hereby certify that I delivered to the Debtor(s) the Notice required by § 342(b) of the Bankruptcy Code.

**/s/ Michael Baumer**

Michael Baumer, Attorney for Debtor(s)
Bar No.: 01931920
Law Office of Michael Baumer
7600 Burnet Road, Suite 530
Austin, TX 78757
baumerlaw@baumerlaw.com
Phone: (512) 476-8707
Fax: (512) 476-8604

---

**Instructions:**  Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) ONLY if the certification has NOT been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# UNITED STATES BANKRUPTCY COURT

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a JOINT CASE (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days BEFORE the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

## Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings.  The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

## Chapter 11:  Reorganization  ($1167 filing fee, $550 administrative fee: Total fee $1717)
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors.  Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12:  Family Farmer or Fisherman    ($200 filing fee, $75 administrative fee: Total fee $275)
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:**  Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:
Andrew McCole
Melissa Kelly McCole                                        CHAPTER 7

**RULE 2016(B) DISCLOSURE OF COMPENSATION FOR ATTORNEY FOR DEBTORS**

This sets out our agreement regarding this firm's representation of you in a Chapter 7 bankruptcy case not involving issues and/or debts related to a current or prior business to be filed in Austin, Texas. We generally charge a "flat fee" for this type of representation for basic agreed upon services. This fee includes attorney and legal assistant time and routine out of pocket expenses (long distance, copies, postage, faxes).

**Total Attorney Fees: $3,025.00\*\*\***
**Total Attorney Fees Paid:  $1,625.00**
**Balance due:  $1,400.00**

The total cost for services performed **prior to filing** your case will be $2000, comprised of $1625 in attorney fees, plus the filing fee of $335 and the debt counseling/personal financial management class fee of $40, **plus any additional amounts set out below**. If you choose to do the class over the telephone rather than online, the cost is $60 and your total pre-filing fee will be increased to $2020. A total retainer of $2000 must be paid prior to filing your case and is payable as follows: A typical case takes three appointments at our office prior to filing the case.   The first is your free initial consultation.  The second is the review of your completed homework package, at which a payment of $1000.00 is due.  The third is the signing appointment at which another payment of $1000.00 is due.  If you want us to begin taking creditor calls prior to filing, we require a payment of $350, which will be credited to the $2000 retainer. The fee for services to be performed **after filing** is $1,400 and is to be paid in monthly payments of $200 beginning on the 15th day of the each month after your case is filed.

**The services included in the flat fee for a basic consumer Chapter 7 are:**

Pre-filing:
    -initial client meeting
    -homework package meeting(s)
    -signing meeting
    -preparation of petition, schedules of assets and liabilities, and statement of financial affairs
    -responding to creditor calls and correspondence
Post-filing:
    -responding to creditor calls and correspondence
    -attendance at creditors meeting
    -review of security agreements and up to two reaffirmation agreements and attending hearings on the same
    -preparation of and hearings on two motions to avoid non-purchase money liens or judicial liens on homestead and hearings on same
    -preparation of responses to objections to exemptions

**Additional fees will be charged for the following:\*\*\***

Pre-filing:
    -credit report ($30 individual, $50 joint)
 **\*\*\*-more than 40 creditors** (40 - 70, add $250**; 70 - 100, add $500**; 100+ we will negotiate a fee)
 **\*\*\*-more than $100,000 in unsecured debt** (up to $150,000, add $250**: more than $150,000, add $500**; more than $250,000, we   will negotiate a fee)
    -affidavit of special circumstances ($350)
    -non-filing spouse ($250)
  -more than four pre-filing meetings, including no shows or rescheduling with less than 48 hours notice ($200
      each)
    -more than 2 two motions to avoid non-purchase money liens or judicial liens on homestead ($75 each)
 **\*\*\*-dropping off your homework package without making an appointment to review it with an attorney ($200)**

Post-filing:

- motions to sell property ($400)
- adding creditors after the initial filing ($60 for first creditor, $25 each additional creditor)
- amending schedules of exempt assets for assets not listed in homework package ($150)
- contested motions for relief from stay ($350 for mortgages; $250 for vehicles)
- notice for a reset creditors meeting ($75)
- responding to motions to dismiss for failure to file documents or to attend creditors meeting ($250)
- responding to motions to dismiss by the U.S. Trustee based on ineligibility to file Chapter 7 ($400 per hour plus expenses)
- adversary proceedings ($400 per hour plus expenses)
- discovery ($400 per hour plus expenses)

In the event that additional fees are charged, those fees will be required to be paid either pre-filing or post-filing, as designated above, unless otherwise agreed.

Our agreement to represent you **does not include** filing or defending adversary proceedings. In the event an adversary proceeding is filed against you, we will negotiate our representation and fee at that time. (An adversary would generally be a dispute regarding the dischargeability of a particular debt.) Our agreement to represent you in a bankruptcy case also does not constitute an agreement to initiate or defend any litigation on your behalf, whether in bankruptcy court or state court. **We do not defend state court collection lawsuits.**

Due to reporting errors by creditors and credit reporting agencies, your credit report after filing may not accurately reflect the status of your debts after your bankruptcy discharge. It is the responsibility of your individual creditors to report the status of your debts properly. We cannot guarantee that your creditors will do so. Although we can usually help you correct these problems, we do charge a fee for that service which is not included in the fee for the Chapter 7.

We will provide you with a copy of all of the documents which we file on your behalf in your case at the time they are filed. At the time your discharge is entered, the Court will mail you a copy of the discharge order. These documents are very important. They are the documents a home lender will typically require when you apply for a home loan. Once your case is closed, we send your file to offsite storage. If you request copies of these documents after we send your file offsite, we charge a $75 fee for retrieval of these documents. In addition, our records are destroyed after 5 years and we may not be able to retrieve copies after that time.

By executing this agreement, you are representing to us that you will pay the agreed upon fee in the agreed upon installments. By executing this agreement you agree that if you fail to make the agreed upon payments of fees, we may cease representation of you immediately and that you will not oppose a motion to withdraw as your attorneys.

**This agreement is not binding until it is signed by both parties and the full retainer is paid. Our offer to represent you expires if you have not executed this engagement letter and paid at least $700 within 90 days after the date of your consultation. If your case is not filed within 6 months of execution of this agreement, our agreement to represent you expires and we will keep any monies received for services rendered.**

The source of compensation was the Debtor(s). The source of compensation to be paid is the Debtor(s). I have not agreed to share the above described compensation with any other person, unless this client(s) was referred to us by the Lawyer Referral Service, in which case we have agreed to a 15% referral fee for all fees received over $400.00.

November 4, 2015

/s/ Michael Baumer, SB 01931920
Law Office of Michael Baumer
7600 Burnet Road, Suite 530
Austin, TX 78757


/S/Andrew McCole
Andrew McCole

/S/Melissa Kelly McCole
Melissa Kelly McCole

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:   **Andrew McCole**                                    CASE NO
         **Melissa Kelly McCole**
                                                             CHAPTER      **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  11/4/2015                          Signature   /s/ Andrew McCole
                                                     *Andrew McCole*

Date  11/4/2015                          Signature   /s/ Melissa Kelly McCole
                                                     *Melissa Kelly McCole*

10 CR R Inc
PO Box 6349
Orange, CA 92613


Alan & Patricia McCole
4378 Barchetta Dr
Round Rock, TX 78666


Aliso Viejo Community Association
P.O. Box 51412
Los Angeles, CA  90051-5712


Alliance One
4850 Street RD, Suite 300
Trevose, PA 19053


American Express
PO Box 650448
Dallas, TX 75265-0448


American Express
PO Box 981537
El Paso, TX 79998


Aurora Diagnostics
2651 Warrneville Rd #500
Downers Grove, IL 60515


Bank of America
PO Box 851001
Dallas, TX 75285-1001


Bank of America
P.O. Box 15726
Wilmington, DE 19886-5126

Barclays Bank
PO Box 8801
Wilmington, DE 19899-8801


Capital One Bank
PO Box 60599
City of Industry, CA 91716-0599


Cavalry Portfolio Services LLC
PO Box 27288
Tempe, AZ 85285-7288


CBNA
PO Box 769006
San Antonio, TX 78245


Chase
P.O. Box 94014
Palatine, IL 60094


Chase Bank
PO Box 15298
Wilmington, DE 19850


Chase Mortgage
PO Box 24696
Columbus, OH 43224


CitiBank
Processing Center
Des Moines, IA 50363-0005


Citibank
PO Box 6500
Sioux Falls, SD 57117

Client Services Inc
PO Box 1503
St Peters, MO 63376-0027


Comenity Bank/Victoria's Secret
Bankruptcy Dept
PO Box 182125
Columbus, OH 43218-2125


Cox Communications
29947 Avenida de las Banderas
Rancho Santa Margarita, CA 92588


D&A Services
1400 E. Touhy Ave #G2
Des Plaines, IL 60018


Degrasse & Rolnick
1800 Bering Dr #1000
Houston, TX 77057


Discover
PO Box 29033
Phoenix, AZ 85038-9033


Dyers Urgent Care
23961 Calle Magdelena #115
Laguna Hills, CA 92653


Encore Receivables Management
PO Box 3330
Olathe, KS 66063-0061


Fidelity Creditor Service
216 S. Louise St
Glendale, CA 91205

Financial Recovery Services
PO Box 385908
Minneapolis, MN 55438-59.8


First Equity Card
PO Box 640
Hopkins, MN 55343


First National Collection Bureau
610 Waltham Way
Sparks, NV 89434


GC Services
6330 Gulfton
Houston, Texas 77081


Global Credit & Collection
PO Box 101928
Birmingham, AL 35210


Home Depot
PO Box 6405
Sioux Falls, SD 57117


Hutto Veterinary Clinic
665 West Front St
Hutto, TX 78634


Jody D. Jenkins
PO Box 420
Lubbock, TX 79408-0420


Kohl's
P.O. Box 2983
Milwaukee, WI 53201-2983

Laguna Village Owners Assoc
23300 Santa Vittoria Dr
Laguna Woods, CA 92653


Merchants & Medical Credit Corp
6324 Taylor Dr
Flint, MI 48507-4685


Merchants & Professional Credit
PO Box 140675
Austin, Texas 78714


Midland Funding
8875 Aero Dr, Suite 200
San Diego, CA 92123-2255


Moulton Niguel Water District
PO Box 1269
Columbus, OH 43216


MRS Associates
1930 Olney Ave
Cherry Hill, NJ 08003


Northstar Location Services Inc
4285 Genesee St
Cheektowaga, NY 14225-1943


Optimum Outcomes
2651 Warrenville Rd #500
Downers Grove, IL 60515


Orange County CU
1701 E. St Andrews
Santa Ana, CA 92705

Orange County Tax Collector
PO Box 1438
Santa Ana, CA 92702-1438


Pinnacle Credit Services
PO Box 640
Hopkins, MN 55343


Richard Tye
3588 Windsor Dr
Huntington Beach, CA 92649


Riverwalk Holdings, LTD
8875 Aero Drive, Ste 200
San Diego, CA 92123


San Simeon Housing Association
Tract 15167
1 Polaris Way Ste 100
Aliso Viejo, CA 92656-5356


Scott & White Healthcare
PO Box 844315
Dallas, TX 75284-4315


Sears
PO Box 688957
Des Moines, IA 50368-8957


SoCal Gas
Centalized Correspondence
PO Box 3150
San Dimas, CA 91773


Southern Cal Edison
2131 Walnut Grove Ave
Rosemead, CA 91770

Southwest Collection
1111 E. Katella Ave #2
Orange, CA 92867


Stellar Recovery
4500 Salisbury Rd #10
Jacksonville, FL 32216


Synchrony Bank
PO Box 965005
Orlando, FL 32896


Synchrony Bank/Care Credit
PO Box 960061
Orlando, FL 32896-0061


Target
P.O. Box 660170
Dallas, TX 75266


Target National Bank
PO Box 673
Minneapolis, MN 55440


Tek-Collect
871 Park St
Columbus, OH 43215


Teravista Community Association
c/o Goodwin Processing
PO Box 93447
Las Vegas, NV 89193


Tx Tag Customer Service Center
12719 Burnet Rd.
Austin, TX 78727

United Recovery Systems LP
PO Box 722929
Houston, TX 77272-2929


US Bank
PO Box 790084
St Louis, MO 63179-0084


US Bank
101 5th St E #A
St Paul, MN 55101


US Bank
PO Box 790084
St Louis, MO 63179


US Bank
500 Summit Lake Dr., Ste 400
Valhalla, NY 10595


Van Ru Credit Corporation
1350 E Touhy Ave, Ste 100E
Des Plaines, IL 60018-3307


Verizon
PO Box 920041
Dallas, TX 75392-0041


Vitalogy Skincare
PO Box  140675
Austin, TX 78714


Wells Fargo Home Mortgage
PO Box 660455
Dallas, TX 75266-0455

Weltman, Weinberg & Reis Co, LPA
PO Box 6719
Cleveland, OH 44101-1719

<table>
<tr><td colspan="2"><b>Fill in this information to identify your case:</b></td></tr>
</table>

**Fill in this information to identify your case:**

| Debtor 1 | **Andrew** | | **McCole** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | **Melissa** | **Kelly** | **McCole** |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____

---

**Check one box only as directed in this form and in Form 22A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under Chapter 7 Means Test Calculation (Official Form 22A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

---

Official Form 22A-1

# Chapter 7 Statement of Your Current Monthly Income

12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file the Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 22A-1Supp) with this form.

## Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☑ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

   　　☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

   　　☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $0.00 | $0.00 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $0.00 | $0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $0.00 | $1,000.00 |

|  | Column A <br> Debtor 1 | Column B <br> Debtor 2 or <br> non-filing spouse |
|---|---|---|

**5. Net income from operating a business, profession, or farm**

| Gross receipts (before all deductions) | $2,004.83 | | |
|---|---|---|---|
| Ordinary and necessary operating expenses | − $98.18 | | |
| Net monthly income from a business, profession, or farm | $1,906.65 | Copy here → $1,906.65 | $0.00 |

**6. Net income from rental and other real property**

| Gross receipts (before all deductions) | $0.00 | | |
|---|---|---|---|
| Ordinary and necessary operating expenses | − $0.00 | | |
| Net monthly income from rental or other real property | $0.00 | Copy here → $0.00 | $0.00 |

**7. Interest, dividends, and royalties**                   $0.00       $0.00

**8. Unemployment compensation**                    $0.00       $0.00

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ................↓

For you............................................................... $0.00

For your spouse................................................. $0.00

**9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.       $0.00       $0.00

**10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

| 10a. **ebay sales** _____ | _____ | $477.99 |
|---|---|---|
| 10b. _____ | _____ | _____ |
| 10c. Total amounts from separate pages, if any. | + _____ | + _____ |

**11. Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

      $1,906.65 + $1,477.99 = **$3,384.64**

**Total current monthly income**

---

**Part 2:**    **Determine Whether the Means Test Applies to You**

**12. Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11......................................................**Copy line 11 here** → 12a.   **$3,384.64**

      Multiply by 12 (the number of months in a year).       X    12

12b. The result is your annual income for this part of the form.       12b.   **$40,615.68**

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.

| Texas |

Fill in the number of people in your household.

| 3 |

Fill in the median family income for your state and size of household.............................................................. 13.   **$62,636.00**

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a.   ☑   Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

14b.   ☐   Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 22A-2.* Go to Part 3 and fill out Form 22A-2.

## Part 3:   Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X   __/s/ Andrew McCole__                    X   __/s/ Melissa Kelly McCole__
     **Andrew McCole**                                    **Melissa Kelly McCole**

Date   __11/4/2015__                           Date   __11/4/2015__
        MM / DD / YYYY                                MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 22A-2.

If you checked line 14b, fill out Form 22A-2 and file it with this form.

# Current Monthly Income Calculation Details

In re: **Andrew McCole**         Case Number:
      **Melissa Kelly McCole**    Chapter:    **7**

**4.** **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.**

| Debtor or Spouse's Income | Description (if available) | | | | | | |
|---|---|---|---|---|---|---|---|
| | 6 Months Ago | 5 Months Ago | 4 Months Ago | 3 Months Ago | 2 Months Ago | Last Month | Avg. Per Month |
| **Spouse** | **father contributions** | | | | | | |
| | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | **$1,000.00** |

**5.** **Net income from operating a business, profession or farm.**

| Debtor or Spouse's Income | Description (if available) | | | | | | |
|---|---|---|---|---|---|---|---|
| | 6 Months Ago | 5 Months Ago | 4 Months Ago | 3 Months Ago | 2 Months Ago | Last Month | Avg. Per Month |
| **Debtor** | **Debtor self employment** | | | | | | |
| Gross receipts | $1,958.40 | $3,198.00 | $1,405.50 | $2,293.10 | $1,540.00 | $1,634.00 | **$2,004.83** |
| Ordinary/necessary business expenses | $129.81 | $201.05 | $27.05 | $87.05 | $87.05 | $57.05 | **$98.18** |
| Business income | $1,828.59 | $2,996.95 | $1,378.45 | $2,206.05 | $1,452.95 | $1,576.95 | **$1,906.65** |

**10.** **Income from all other sources not listed above.**

| Debtor or Spouse's Income | Description (if available) | | | | | | |
|---|---|---|---|---|---|---|---|
| | 6 Months Ago | 5 Months Ago | 4 Months Ago | 3 Months Ago | 2 Months Ago | Last Month | Avg. Per Month |
| **Spouse** | **ebay sales** | | | | | | |
| | $904.96 | $0.00 | $600.00 | $200.00 | $1,068.00 | $94.98 | **$477.99** |